**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**SANDRA PALMER,**

*Plaintiff,*

v. Case No.: 1:26-cv-25579-KMM

**CLARITY SERVICES, INC.,**

*Defendant.*
_______________________________________/

# NOTICE OF SETTLEMENT

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that the Parties have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss this case with prejudice.

Respectfully submitted on September 9, 2026.

/s/ *Bryan J. Geiger*
Bryan J. Geiger
Florida Bar Number: 119168
Seraph Legal, P. A.
3505 E. Frontage Rd., Ste. 145
Tampa, Florida 33607
(813) 321-2348
BGeiger@seraphlegal.com
Service@seraphlegal.com
*Counsel for Plaintiff*